# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DERR, *et al.*, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 4:17-0976 |
| v. | : | (MANNION, J.) |
| NORTHUMBERLAND COUNTY CHILDREN AND YOUTH SERVICES, *et al.*, | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Arbuckle, **(Doc. 28)**, is **ADOPTED IN PART**;

**(2)** the defendants' motion to dismiss, **(Doc. 13)**, the plaintiffs' complaint, **(Doc. 1)**, is **GRANTED**;

**(3)** all of the claims in the plaintiffs' complaint, **(Doc. 1)**, are **DISMISSED WITH PREJUDICE**; and

**(4)** the Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 9, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0976-01-ORDER.wpd